VENABLE LLP
William J. Briggs, II (SBN 144717)
Email: wjbriggs@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: 310.229.9933
Facsimile: 310.229.9901

Jessie F. Beeber (Of Counsel)
Email: jbeeber@venable.com
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212.808.5677
Facsimile: 212.218.2200

Alexandra E. Deitz (Of Counsel)
Email: aedeitz@venable.com
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212.218.2343
Facsimile: 212.218.2200

Attorneys for Plaintiff
CHARLES R. GRACIE & SONS, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES R. GRACIE & SONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARTYN LAWRENCE BULLARD; MARTYN LAWRENCE BULLARD DESIGNS, INC.; MARTYN LAWRENCE BULLARD ATELIER, LLC; and MARTYN LAWRENCE BULLARD FFA, LLC, <br><br> Defendants. | CASE NO. 2:23-cv-00232 <br><br> **COMPLAINT** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff CHARLES R. GRACIE & SONS, INC. ("Gracie") by its attorneys, Venable LLP, as and for its Complaint against defendants MARTYN LAWRENCE BULLARD ("Bullard"), MARTYN LAWRENCE BULLARD DESIGNS, INC. ("Bullard Designs"), MARTYN LAWRENCE BULLARD ATELIER, LLC ("Bullard Atelier"), and MARTYN LAWRENCE BULLARD FFA, LLC ("Bullard FFA") (collectively, "Defendants") alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act of the United States, 17 U.S.C. § 101 *et seq.* (the "Copyright Act"). Plaintiff Gracie is a fourth generation family-owned business known for its exquisite handpainted wallpaper designs. Defendant Bullard claims to be one of the world's top interior designers. This action arises out of Defendants' unauthorized, willful reproduction, advertising and sale of Plaintiff's copyrighted wallpaper design.

2. Below, left, is an example of Plaintiff's original wallpaper design. Below, right, is an example of one of the infringing products authorized by Defendants and being sold by them or for their benefit. It is readily apparent that the two works are not only substantially similar, they are almost identical. Accordingly, Plaintiff seeks injunctive and monetary relief, including actual damages and disgorgement of Defendants' profits attributable to the infringement, under the Copyright Act.

 

## THE PARTIES

3. Plaintiff Gracie is a corporation organized and existing under the laws of the State of New York, having its principal place of business in New York, New York.

4. Upon information and belief, Defendant Bullard is an individual residing in and who is engaged in and doing business in Los Angeles, California. Upon information and belief, Bullard owns and operates Bullard Designs, Bullard Atelier, and Bullard FFA.

5. Upon information and belief, Defendant Bullard Designs is a California corporation with a registered address and principal place of business at 8550 Melrose Avenue, West Hollywood, California 90069.

6. Upon information and belief, Defendant Bullard Atelier is a California limited liability company with a registered address and principal place of business at 8546 Melrose Avenue, West Hollywood, California 90069.

7. Upon information and belief, Defendant Bullard FFA is a California limited liability company with a registered address and principal place of business at 8550 Melrose Avenue, West Hollywood, California 90069.

## JURISDICTION AND VENUE

8. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1338(a) because this action arises under the Copyright Act.

9. This Court has personal jurisdiction over Defendants because each Defendant has had continuous, systematic, and substantial contacts with the State of California, including doing business in California and having a place of business or being domiciled within California.

10. Venue is proper in the Central District of California pursuant to 28 U.S.C. §§ 1400(a) and 1391(b) because Defendants reside in this judicial district and a substantial portion of the events/omissions giving rise to Gracie's claim occurred within this judicial district.

## FACTUAL BACKGROUND

### Gracie's Long History of Exquisite Wallpaper Design

11. Plaintiff Gracie, a sixth generation family business, was founded by Charles R. Gracie in 1898. In the 1930s, Charles Gracie was one of the first people to import handpainted wallpaper from China. To this day Gracie is known for its exquisite handpainted wallpaper designs. Gracie's designs have garnered recognition around the world and have been used by top tier designers and firms such as McMillen and Elsie de Wolfe. The proprietary Gracie name has been used in association with Gracie's fine wallpaper designs and authorized products for over one hundred years.

12. Gracie wallpaper has been prominently featured in thousands of design and lifestyle publications including *Architectural Digest*, *Veranda*, *Traditional Home*, *Better Homes and Gardens*, *Metropolitan Home*, *Vogue*, *Town & Country*, *World of Interiors*, *Elle Décor*, *Robb Report*, *Vanity Fair*, and *The New York Times*.

13. Gracie has been widely credited among designers and the public with making handpainted Chinese wallpaper an important and valued component of American interior design.

14. In or about 2008, siblings Jennifer and Michael Gracie became the sixth generation of Gracies to lead the family business.

**The Development of Gracie's Copyrighted "Evening Silver" Design**

15. Gracie's handpainted wallpaper panels typically measure three feet by ten feet and can take anywhere from 75 to 100 hours apiece to complete.

16. Under the direction of Jennifer and Michael Gracie, in or about 2013, Gracie created an original handpainted wallpaper design featuring intricate silver trees, several varieties of flowers, single birds and pairs of birds against a deep blue background. Jennifer and Michael Gracie dubbed this unique design "Evening Silver" (the "Evening Silver Design"), a reference to the silver design laid over a deep blue background meant to evoke the evening sky.

17. In or about 2013, Gracie began selling the Evening Silver Design from its New York City showroom and online. The Evening Silver Design is still being sold today. To date, Gracie has generated approximately $500,000.00 in gross sales from the Evening Silver Design.

18. The Evening Silver Design is accessible to the public, as it is available in Gracie's New York City showroom, in Gracie's Los Angeles showroom, and on Gracie's website at https://www.graciestudio.com/wallpaper/sy-275.

19. On or about February 1, 2019, a person who upon information and belief was one of Defendants' employees or agents, visited Gracie's showroom in

Los Angeles, while the Evening Silver Design was on display there, and upon information and belief, took photographs of Gracie's wallpaper designs.

20. On or about November 13, 2017, Gracie loaned three full scale handpainted wallpaper panels of one of Gracie's wallpaper designs to Defendants.

21. On or about March 22, 2018, Jennifer Gracie visited one of the offices of Defendants to give a presentation about Gracie's wallpaper designs. As part of the presentation, Jennifer Gracie displayed several panels of Gracie's wallpaper designs, and upon information and belief, one or more of Defendants' employees or agents took photographs of the panels.

22. On or about December 5, 2022, Gracie obtained a copyright registration for the Evening Silver Design (also known by its title of work as the "SY-275 Evening Silver") with the United States Copyright Office, Registration Certificate Number VA2-325-579, with an effective date of registration of October 27, 2022 (the "Copyright Registration Certificate"). A true and correct copy of the Copyright Registration Certificate is attached hereto as Exhibit 1.

**Defendants' Infringement of the Evening Silver Design**

23. Upon information and belief, Bullard is a renowned interior designer based in Los Angeles, California. According to a website, which, upon information and belief, is authorized, directed, owned and operated by one or more of Defendants, https://martynlawrencebullard.com/ ("Bullard's Website"), Bullard has received multiple awards for his work and is a fixture of publications including *Architectural Digest* and *Elle Décor*. Bullard has amassed a list of high-profile clients that includes Kylie Jenner, Khloe Kardashian, Tommy Hilfiger, and Cher, among other notable names.

24. Upon information and belief, Bullard owns and operates Bullard Designs, Bullard Atelier, and Bullard FFA.

25. In or about April of 2022, Gracie discovered that Bullard, in collaboration with a company called SV Casa, is selling a collection of luxury

homeware known as the "Palais Trianon Collection" (the "Infringing Products"). The Infringing Products include a cocktail bar trunk, trays, a wine cooler, a sculptural box, a tissue box, and a chocolate gift box, among other pieces. The Infringing Products may be purchased at SV Casa's website at https://sv-casa.com/collections/palais-trianon-collection/ ("SV Casa's Website"). An image from SV Casa's Website showing some of the Infringing Products is shown below:



26. According to Bullard's Website, the Palais Trianon Collection was made in collaboration with Bullard. An image from Bullard's Website promoting his collaboration with SV Casa, and featuring the Infringing Products, is shown below:



27. The Infringing Products employ a substantially similar, indeed almost identical, design to the Evening Silver Design. Among other things, the Infringing Products include at least one or more of the following original and unique features of the Evening Silver Design: a nearly identical silver flowering tree, two nearly identical silver birds perched close together on a branch with their heads and bodies angled in an almost identical fashion, one nearly identical silver bird flying around them with its head angled to the upper righthand side, a nearly identical large silver peony above it, a nearly identical silver succulent-like plant rooted in silver terrain with silver blossoms above it, and a nearly identical silver flowering bush rooted in silver terrain. Like the Evening Silver Design, each of the Infringing Products features a dark blue background. An image of the Evening

Silver Design and one of the Infringing Products (referred to on SV Casa's Website as the "Palais Trianon Bar Trunk") are shown side-by-side below, with red circles highlighting the nearly identical features described in this paragraph:




28. Upon information and belief, Defendants have posted images of the Infringing Products and promoted the Infringing Products for sale, including but not limited to on Bullard's Website (https://martynlawrencebullard.com/martyn/sv-casa/) and on an Instagram account authorized by, directed by, owned and operated by one or more of Defendants (@martynbullard) ("Bullard's Instagram account"), as pictured below. Below, top, is an image from Bullard's Website showing Bullard with two of the Infringing Products: a wine cooler and a sculptural box. Below, bottom, is an image of a post from Bullard's Instagram account, dated

October 5, 2022, showing several of the Infringing Products: a sculptural box, a chocolate gift box, a tissue box, and what appears to be a tray in the background.



VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

29. Upon information and belief, one or more of the Defendants directed and/or approved the sale of the Infringing Products on the SV Casa website. Upon information and belief, one or more of the Defendants benefit directly from the sale of the Infringing Products.

30. None of the Defendants had any permission or authority from Gracie to copy, produce, display, market, sell, distribute or advertise the Infringing Products or any derivative work based upon the Evening Silver Design.

31. On or about April 27, 2022, Gracie sent Defendants a letter by FedEx delivery, informing Defendants of their infringement on Gracie's rights in and to the Evening Silver Design and demanded that Defendants cease and desist from any further use of the Evening Silver Design. Defendants did not respond. On or about May 17, 2022, Gracie followed up by email and attached the letter it had mailed Defendants on or about April 27, 2022. Defendants still did not respond. Gracie continued to follow up through the end of May of 2022 but received no response from Defendants. To this day, Defendants have not responded to any of Gracie's cease-and-desist communications.

32. Despite being repeatedly notified of the infringement and told to cease and desist, Defendants continue to display, market, and upon information and belief, sell and/or benefit from the sale of the Infringing Products. Defendants have not taken any steps to remove the Infringing Products from Bullard's Website, Bullard's Instagram account and other social media, Internet search results, or third-party websites.

## CLAIM FOR COPYRIGHT INFRINGEMENT

33. Plaintiff repeats and realleges the allegations set forth in Paragraphs 1 through 27 of this Complaint as if fully set forth herein.

34. The Evening Silver Design is an original work of authorship, fixed in a tangible medium of expression, containing substantial amounts of original creativity, and is therefore a copyrightable work under the Copyright Act.

35. Gracie owns a valid, registered copyright in the Evening Silver Design.

36. Upon information and belief, and at all relevant times herein, Defendants have or had access to the Evening Silver Design, including because it is available to, and has been marketed and sold to, the general public.

37. Defendants have never been licensed or otherwise authorized to reproduce, sell, display, distribute, produce derivative works based upon or otherwise use the Evening Silver Design.

38. The acts of Defendants constitute infringements of Gracie's copyright and exclusive rights under copyright in the Evening Silver Design in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

39. Upon information and belief, the foregoing acts of infringement by Defendants have been willful, intentional, and purposeful, in disregard of and indifference to Gracie's rights.

40. As a direct and proximate result of Defendants' foregoing acts, Gracie is entitled to actual damages and disgorgement of Defendants' profits pursuant to 17 U.S.C. § 504(a)-(b).

41. Defendants' conduct as described above is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiff irreparable injury that cannot be fully compensated by or measured in money damages. Plaintiff has no adequate remedy at law and is entitled to an injunction pursuant to 17 U.S.C. § 502, prohibiting further infringement of its exclusive rights under copyright.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment as follows:

1. That Defendants be adjudged to have infringed upon Plaintiff's copyright in the Evening Silver Design in violation of 17 U.S.C §§ 106 and 501;

2. That Defendants be permanently enjoined from displaying, marketing, selling and/or benefitting from the sale of the Infringing Products.

3. That Defendants be ordered to remove the Infringing Products from Bullard's Website, Bullard's Instagram account, and all other media they own or control;

4. That Plaintiff be awarded Plaintiff's actual damages and Defendants' profits, gains or advantages of any kind attributable to Defendants' infringement of Plaintiff's Evening Silver Design pursuant to 17 U.S.C. § 504;

5. That Defendants be required to account for all profits, income, receipts, or other benefits derived by Defendants as a result of their unlawful conduct;

6. That Plaintiff be awarded pre-judgment interest; and

7. Such other and further relief as the Court may deem just and proper.

Dated: January 12, 2023         VENABLE LLP

By: /s/ William J. Briggs, II
William J. Briggs, II
Jessie F. Beeber (Of Counsel)
Alexandra E. Deitz (Of Counsel)
Attorneys for Plaintiff
CHARLES R. GRACIE & SONS, INC.

### DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury.

Dated: January 12, 2023    VENABLE LLP


By: /s/ William J. Briggs, II
William J. Briggs, II
Jessie F. Beeber (Of Counsel)
Alexandra E. Deitz (Of Counsel)
Attorneys for Plaintiff
CHARLES R. GRACIE & SONS, INC.